**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DARIOUS MICHAEL-MARCEL COLEMAN,

      Petitioner,

v.                                   Case No: 15-CV-14143-DT

DUNCAN MACLAREN,

      Respondent.

_____/

## JUDGMENT

      In accordance with the court's "Opinion and Order Denying the Petition for Writ of

Habeas Corpus and Declining to issue a Certificate of Appealability" dated August 31,

2016,

      **IT IS ORDERED AND ADJUDGED** that the judgment is entered for Duncan

Maclaren and against Darious Michael-Marcel Coleman.

      Dated at Detroit, Michigan, this 31st day of August, 2016.


                                   DAVID J. WEAVER
                                   CLERK OF THE COURT

                                   BY: s/Lisa Wagner
                                   Deputy Clerk and
                                   Case Manager to
                                   Judge Robert H. Cleland